Form 3A
(10/05)

# United States Bankruptcy Court

## District Of _____ Illinois _____

In re ___STEVEN SILVERMAN___,

Debtor

Case No. __10-24199__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274-__ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

     x   $__68.50__     Check one  ☐x  With the filing of the petition or
                                   ☐   On or before x _____

     x   $__68.50__   on or before x  6-28-10  SS

     ✓   $__68.50__   on or before x  7-28-10  SS.

     x   $__68.50__   on or before x  8-25-10  SS.

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 27 2010

_____ B. GARDNER, CLERK
**PS REP. - AJ**

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

x _____          3/27/10

_____          _____          _____          _____
Signature of Attorney                Date                 Signature of Debtor                  Date
                                                          (In a joint case, both spouses must sign.)

_____                               _____          _____
Name of Attorney                                          Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re _STEVEN SILVERMAN_____,                          Case No. _10-24199___
                    Debtor

                                                         Chapter ___13___

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐    With the filing of the petition, or
                           ☐    On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                        BY THE COURT

Date: _May 27, 2010_

                                        **KENNETH S. GARDNER**
                                        **Clerk, U.S. Bankruptcy Court**
                                        _____
                                        Kenneth S. Gardner Clerk of the Court